IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GUILLERMO E. PENA, | ) | 4:10CV3198 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SHELLY SCHWEITZER, and CITY OF GRAND ISLAND POLICE DEPARTMENT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    The plaintiff, Guillermo E. Pena, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Guillermo E. Pena's motion, the court finds that Guillermo E. Pena is financially eligible to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

    Dated October 21, 2010.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge